# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KEANE GROUP, INC., ROBERT W. DRUMMOND, JAMES C. STEWART, MARC G.R. EDWARDS, LUCAS N. BATZER, DALE M. DUSTERHOFT, CHRISTIAN A. GARCIA, LISA A. GRAY, GARY M. HALVERSON, SHAWN KEANE, ELMER D. REED, LENARD B. TESSLER, and SCOTT WILLE, <br><br> Defendants. | Case No. 4:19-cv-02924 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 28, 2019

/s/ *William B. Federman*
William B. Federman, SDTX Bar #21540
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (214) 696-1100
Facsimile: (214) 740-0112
Email: wbf@federmanlaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010