United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEPHEN BUSHANSKY,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-02924 |
| § | |
| **KEANE GROUP, INC.,** *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Stephen Bushansky ("Plaintiff") has filed a Notice of Voluntary Dismissal. (Doc. No. 6.) In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's action has been **DISMISSED WITHOUT PREJUDICE**. All costs of court are taxed against the party incurring those costs. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 30th day of October 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE